◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES HARRIS, Also Known as EARL MOSES, Appellant. [669 NYS2d 511] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered March 10, 1997, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Copertino, Santucci, Florio and McGinity, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY HENDERSON, Appellant. [669 NYS2d 511] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (J. Goldberg, J.), rendered May 29, 1996, convicting him of burglary in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

We agree with the Supreme Court that the delay of the proceedings to conduct plea negotiations, upon the consent of defense counsel, was not chargeable to the People for purposes of CPL 30.30 (*see, People v Chu Zhu,* 245 AD2d 296; *People v Crogan,* 237 AD2d 745). Rosenblatt, J. P., O'Brien, Ritter and Goldstein, JJ., concur.